AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court   **FILED**

———————————————— DISTRICT OF ————————————————

**SEP 2 4 2009**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Aviation Services
International BV

## WAIVER OF INDICTMENT

CASE NUMBER: 09 cr 218 (PLF)

I, _Aviation Svcs Intl. BV_, the above named defendant, who is accused of 18 USC 371 - Conspiracy to violate the International Emergency Economic Powers Act and the Iranian Transactions Regulations

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _24 Sep 2009_ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer