## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **AVIATION SERVICES** | : | **CRIMINAL NO. 09-218(PLF)** |
| **INTERNATIONAL B.V.** | : | |
| **d/b/a** | : | |
| **DELTA LOGISTICS B.V.,** | : | |
| | : | |
| **Defendant.** | : | |

### UNOPPOSED STATUS REPORT
### AND MOTION FOR STATUS HEARING

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, files this status report and requests that the Court set another status hearing in this matter during the week of June 14, 2010.   On September 2009, the defendant pled guilty to conspiracy to commit offenses against the United States in violation of 18 U.S.C. § 371. At the plea hearing, the Court scheduled a status hearing for January 11, 2010.  That date was later cancelled.  The United States hereby informs the Court that the parties are not yet ready to set a sentencing date, and requests that the Court schedule a status hearing for the week of June 14, 2010.

The United States has informed Mark Rochon, counsel for the defendant, of this motion and Mr. Rochon indicated that he agrees with the motion.[1]  Therefore, the United States respectfully requests that a status hearing be scheduled for the week of June 14, 2010.

---

[1] The parties have also consulted with A.J. Kramer, counsel for Robert Neils Kraaipoel, and that week is agreeable to him as well.

Wherefore, the United States hereby requests that the Court schedule a status hearing in this matter for the week of June 14, 2010.

Respectfully submitted,

CHANNING D.  PHILLIPS
United States Attorney
D.C. Bar No. 415-793


___/s/_____
ANN H. PETALAS
Assistant United States Attorney
TX Bar No. 24012852
555 4th Street, N.W., Room 4211
Washington, DC 20530
(202) 307-0476

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **AVIATION SERVICES** | : | **CRIMINAL NO. 09-218(PLF)** |
| **INTERNATIONAL B.V.** | : | |
| **d/b/a** | : | |
| **DELTA LOGISTICS B.V.,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

This matter having come before the Court pursuant to the United States' Unopposed Status

Report and Motion for Status Hearing;

IT IS HEREBY ORDERED that a status hearing be scheduled in this matter on

_____ at _____.


SO ORDERED


_____

PAUL L. FRIEDMAN
United States District Judge


_____
Date